**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,

vs.

NICHOLAS PATRICK BENOIT
CONDROYER,

            Defendant.

CIVIL ACTION FILE

NO. 1:09-cv-3600-CAP

## DEFAULT  JUDGMENT

The defendant, Nicholas Patrick Benoit Condroyer, having failed to plead or otherwise to defend in this action and default having been duly entered, and the Court, Charles A. Pannell, Jr., United States District Judge, by order of November 30, 2011, having directed that judgment issue in favor of plaintiff and against the defendant, it is hereby

**ORDERED AND ADJUDGED**, that the plaintiff SECURITIES AND EXCHANGE COMMISSION, recover from the defendant,  NICHOLAS PATRICK BENOIT CONDROYER, the amount of $2,838,991.57 plus prejudgment interest in the amount of $204,848.39.  Defendant shall pay post-judgment interest on any delinquent amounts pursuant to  28 U.S.C. § 1961.  **IT IS FURTHER ORDERED AND ADJUDGED** that Defendant shall pay a civil penalty in the amount of $2,838,991.57 pursuant to Section 21A of the Exchange  Act [15 U.S.C. § 78u-1]. Defendant shall pay post-judgment interest on any delinquent amounts pursuant to 28 U.S.C. § 1961.

Dated at Atlanta, Georgia this 30th day of November, 2011.

JAMES N. HATTEN
CLERK OF COURT

Case Number:  1:09-cv-3600-CAP
Caption:  Securities and Exchange Commission vs . Nicholas Patrick Benoit Condroyer
Date of Order:  November 30, 2011

By:      s/ James Jarvis
         Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
    December 1, 2011
James N. Hatten
Clerk of Court

By:   s/ James Jarvis
         Deputy Clerk